# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LARRY HENRICKS,

        Petitioner,

v.                                    **ORDER**
                                   Civil File No. 15-0168 (MJD/SER)

UNITED STATES OF AMERICA,

        Respondent.

Larry Henricks, pro se.

D. Gerald Wilhelm, Assistant United States Attorney, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated February 24, 2015.  [Docket No. 3]  Petitioner Larry Henricks filed an objection to the Report and Recommendation on March 12, 2015.  [Docket No. 3]

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge

Steven E. Rau dated February 24, 2015.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States
   Magistrate Judge Steven E. Rau dated February 24, 2015 [Docket No. 3].

2. Petitioner Larry Henricks's Petition for a Writ of Habeas Corpus under
   28 U.S.C. § 2241 [Docket No. 1] is **DENIED.**

3. This action is **DISMISSED without prejudice** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 11, 2015          s/ Michael J. Davis
                              Michael J. Davis
                              Chief Judge
                              United States District Court